# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jorge Alejandro Ventura-Victoria,

   Petitioner,

v.

Charles L Ryan, et al.,

   Respondents.

No. CV-17-00908-PHX-ROS

**ORDER**

On July 31, 2018, Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") recommending the petition for writ of habeas corpus be denied and dismissed with prejudice. Petitioner did not file any objections. Therefore, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 15) is **ADOPTED**. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** a Certificate of Appealability is denied because dismissal of the Petition is justified by a plain procedural bar and jurists of reason would not find the ruling debatable.

Dated this 5th day of September, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge